Isabelle Ord, Bar No. 198224
(*pro hac vice application forthcoming*)
E-mail:  isabelle.ord@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839
(*pro hac vice application forthcoming*)
E-mail:  jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:    415.836.2500
Fax:   415.836.5201

Brian D. Blakley, SBN 13074
E-mail: bblakley@lewisroca.com
LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:    702.474.2687

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, and TRUCK INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and TRUCK INSURANCE EXCHANGE,<br><br>Defendants. | Case No.   2:21-cv-01659-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Farmers Group, Inc., Farmers Insurance Exchange, and Truck Insurance Exchange (collectively, "Farmers") and Plaintiff Ronald Stallone ("Plaintiff") submit this stipulation and proposed order to extend Farmers' deadline to file its motion to dismiss Plaintiff's

116095458.1

WEST\296738992.1

Complaint. This is the first request or stipulation to extend Farmers' deadline to respond to the Complaint.

Plaintiff filed his Complaint on September 8, 2021, Farmers later waived service, and Farmers' response to the Complaint is currently due on November 30, 2021. (*See* Waivers of Service, ECF No. 12). The parties have been engaged in good-faith negotiations concerning the proper defendants for Plaintiff to name in this action and the potential, voluntary dismissal of the currently named Farmers entities. To allow these negotiations to conclude before Farmers must respond to the Complaint, and to avoid unnecessary dismissal briefing on this issue, the parties stipulate—in good faith, and not for purposes of delay—to extend the response deadline from November 30, 2021 to January 7, 2022. This proposed schedule will (1) permit the parties time to resolve this issue on their own and limit the number of issues the Court must adjudicate and (2) avoid any party being under briefing deadlines over the winter holidays. Accordingly, there is "good cause" to adjust the due date for Farmers' response.

For these reasons, the parties stipulate that Farmers' response to the Complaint shall be due on or before **January 7, 2022**.

**IT IS SO STIPULATED.**

Dated this 23rd day of November 2021.

| KIND LAW FIRM | LEWIS ROCA ROTHBERGER CHRISTIE LLP |
|---|---|
| By: */s/ Michael Kind* | By: */s/ Brian D. Blakley* |
| Michael Kind, SBN 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>Tel:   702.337.2322 | Brian D. Blakley, SBN 13074<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Tel: 702.474.2687 |
| Attorney for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-24-2021

- 2 -

116095458.1

WEST\296738992.1