Isabelle Ord, Bar No. 198224
(*pro hac vice application forthcoming*)
E-mail: isabelle.ord@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839
(*pro hac vice application forthcoming*)
E-mail: jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:    415.836.2500
Fax:    415.836.5201

Brian D. Blakley, SBN 13074
E-mail: bblakley@lewisroca.com
LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:    702.474.2687

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, and TRUCK INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and 21st CENTURY INSURANCE COMPANY,<br><br>Defendants. | Case No.   2:21-cv-01659-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Farmers Group, Inc., Farmers Insurance Exchange, and 21st Century Insurance Company ("21st Century") (collectively, "Defendants") and Plaintiff Ronald Stallone ("Plaintiff") hereby submit this stipulation and proposed order to (1) set February 8, 2022 as the deadline for all three Defendants to respond to the recently filed Amended Complaint and (2) set a modified briefing schedule for Defendants' forthcoming motion to dismiss.  Because 21st

116095458.1

1  Century is a newly named Defendant, and was only recently served with the Amended
2  Complaint, it requires time respond thereto.  The other two defendants, however—Farmers
3  Group, Inc. and Farmers Insurance Exchange—are currently required to respond to the Amended
4  Complaint on January 21, 2022, which is well before 21st Century's February 8, 2022 deadline.
5  All three Defendants are represented by the same counsel and wish to jointly respond to the
6  Amended Complaint through a single motion to dismiss.  The parties accordingly submit this
7  stipulation to set a single coordinated briefing schedule in order to avoid piecemeal motions
8  practice and the Court having to consider multiple overlapping motions to dismiss.  Although the
9  parties previously sought an extension of the deadline to respond to the original Complaint, this is
10 the first request or stipulation to extend Defendants' deadline to respond to the Amended
11 Complaint.

12     On September 8, 2021, Plaintiff filed his Complaint, which named Farmers Group, Inc.,
13 Farmers Insurance Exchange, and Truck Insurance Exchange as defendants.  ECF. No. 1.  On
14 November 24, 2021, the Court granted the parties' stipulation to extend the response deadline to
15 Plaintiff's Complaint until January 7, 2022.  ECF No. 14.  The parties requested this extension to
16 allow them time to negotiate the dismissal and substitution of certain defendant entities.  *See id.*
17 On January 7, 2022, Plaintiff filed an Amended Complaint, which dismissed Truck Insurance
18 Exchange and named a new defendant, 21st Century Insurance Company.[1]

19     Under Rule 15(a)(3), Farmers Group, Inc. and Farmers Insurance Exchange's deadline to
20 respond to the Amended Complaint is currently January 21, 2022; however, because 21st Century
21 Insurance Company is a newly added defendant, and was not served until yesterday, January 18,
22 2022,[2] its deadline to respond to the Amended Complaint, pursuant to Rule 12(a)(1)(A), is not
23 until February 8, 2022.  In good faith, for efficiency and judicial economy, and not for purposes
24 of delay, the parties agree there is good cause to set February 8, 2022 as the deadline for all three
25 Defendant entities to respond to the Amended Complaint. 21st Century requires sufficient time to

---

[1] Defendants maintain that Plaintiff continues to name improper entities as defendants in this action and that 21st Century is the only proper defendant.

[2] Defendants' counsel accepted service on behalf of 21st Century Insurance Company on January 18, 2022.

1  respond to the Amended Complaint and is not due to respond until February 8, 2022; however,
2  the other two Defendants are currently required to respond January 21, 2022.  All three
3  Defendants are represented by the same counsel and wish to (1) file a single motion to dismiss
4  and (2) avoid having to file multiple motions on different days, which will likely cover the same
5  content.  The parties' proposed schedule will allow for a single combined motion and save the
6  Court from having to adjudicate multiple overlapping motions.
7       Additionally, the parties respectfully request a modified briefing schedule for Defendants'
8  forthcoming motion to dismiss whereby Plaintiff's response to the motion to dismiss is due
9  March 8, 2022 and Defendants' reply is due March 22, 2022.  The parties request this schedule to
10 (1) provide them with adequate time to address all of the issues raised in this putative class action
11 and (2) avoid deadlines falling during previously scheduled travel.  There is accordingly good
12 cause to set this requested briefing schedule.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WEST\296738992.1

For these reasons, the parties stipulate that Defendants' response to the Amended Complaint shall be due on or before **February 8, 2022**.  Plaintiff's response to Defendants' forthcoming motion to dismiss shall be due March 8, 2022, and Defendants' reply in support of its motion to dismiss shall be due March 22, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted this 19th day of January 2022.

| | |
|---|---|
| KIND LAW FIRM | LEWIS ROCA ROTHBERGER CHRISTIE LLP |
| By: */s/ Michael Kind* | By: */s/ Brian D. Blakley* |
| Michael Kind, SBN 13903<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>Tel:   702.337.2322 | Brian D. Blakley, SBN 13074<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Tel: 702.474.2687 |
| Attorney for Plaintiff | Attorneys for Defendants |

**IT IS ORDERED.**

_____
United States Magistrate Judge

DATED: 1-20-2022

- 4 -