**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RONALD STALLONE, on behalf of himself an all others persons similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada corporation, et al.,<br><br>                Defendant(s). | 2:21-cv-01659-GMN-VCF<br><br>**ORDER** |

       Before the court is *Ronald Stallone v. Farmers Group, Inc., et al.*, case number 2:21-cv-01659-GMN-VCF.

       A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

       Accordingly,

       IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before April 12, 2022.

       DATED this 29th day of March, 2022.

                                                            _____
                                                            CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE