Isabelle Ord, Cal. Bar No. 198224 (*pro hac vice* admitted)
E-mail:  isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493 (*pro hac vice* admitted)
E-mail: andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839 (*pro hac vice* admitted)
E-mail:  jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:     415.836.2500
Fax:    415.836.5201

Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:     702.474.2624

Attorneys for Defendants FARMERS GROUP, INC.,
FARMERS INSURANCE EXCHANGE, and
21st CENTURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and TRUCK INSURANCE EXCHANGE,<br><br>Defendants. | Case No. 2:21-cv-01659-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

119294291.1

Defendants FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, and 21st CENTURY INSURANCE COMPANY (collectively, "Defendants") and Plaintiff RONALD STALLONE ("Plaintiff") submit this stipulation and proposed order to extend Defendants' deadline to file their response to Plaintiff's Second Amended Complaint ("SAC"). This is the first request or stipulation to extend Defendants' deadline to respond to the SAC.

1. Plaintiff filed his SAC on October 26, 2022. (ECF No. 58).

2. Defendants' response to the SAC is currently due on November 9, 2022.

3. Given the putative class and other allegations contained in the SAC, Defendants require additional time to prepare and file a response.

4. The parties stipulate—in good faith, and not for purposes of delay—to extend the response deadline from November 9, 2022 to November 30, 2022.

5. This proposed schedule will permit Defendants sufficient time to investigate and properly respond to the factual allegations in the SAC and accounts for the upcoming Thanksgiving holiday.

6. For these reasons, the parties stipulate that Defendants' response to the SAC shall be due on or before **November 30, 2022**.

**IT IS SO STIPULATED.**

DATED this 2nd day of November, 2022.

| /s/ Jennifer K. Hostetler | /s/ Gayle M. Blatt |
|---|---|
| Jennifer K. Hostetler, SBN 11994<br>E-mail: jhostetler@lewisroca.com<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Tel:   702.474.2624<br><br>Isabelle Ord, Cal. Bar No. 198224<br>(*pro hac vice admitted*)<br>E-mail:  isabelle.ord@us.dlapiper.com<br>Andrew Serwin, Cal. Bar No. 179493<br>(*pro hac vice admitted*)<br>E-mail:  andrew.serwin@us.dlapiper.com<br>Jeffrey DeGroot, WSBA No. 46839<br>(*pro hac vice admitted*)<br>E-mail:  jeffrey.degroot@us.dlapiper.com<br>DLA PIPER LLP (US) | Michael Kind<br>Mk@kindlaw.com<br>Kind Law<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>(702) 337-2322<br><br>Gayle M. Blatt* (CA 122048)<br>gmb@cglaw.com<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT &<br>PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br><br>Kate M. Baxter-Kauf* (MN #0392037) |

1

119294291.1

|   |   |
|---|---|
| 555 Mission Street<br>San Francisco, California 94105-2933<br>Tel:     415.836.2500<br>Fax:    415.836.5201<br><br>Attorneys for Defendants<br>FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, AND 21st CENTURY INSURANCE COMPANY | Kmbaxter-kauf@locklaw.com<br>Karen Hanson Riebel* (MN #0219770)<br>khriebel@locklaw.com<br>Maureen Kane Berg* (MN #033344X)<br>mkberg@locklaw.com<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>(*admitted pro hac vice)<br><br>Attorneys for Plaintiff and the putative Class |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    11-7-2022    _____

2

119294291.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2022, I caused a true and accurate copy of the foregoing document **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

*/s/ Dana K. Provost*
An employee of Lewis Roca Rothgerber Christie LLP

3

119294291.1