Isabelle Ord, Cal. Bar No. 198224 (*pro hac vice admitted*)
E-mail: isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493 (*pro hac vice admitted*)
E-mail: andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839 (*pro hac vice admitted*)
E-mail: jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:    415.836.2500
Fax:    415.836.5201

Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:    702.474.2624

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, and
TRUCK INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RONALD STALLONE, on behalf of himself
and all other persons similarly situated,

Plaintiff,

v.

FARMERS GROUP, INC., a Nevada
Corporation; FARMERS INSURANCE
EXCHANGE; and 21st CENTURY
INSURANCE COMPANY,

Defendants.

Case No. 2:21-cv-01659-GMN-VCF

**STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF CASE
DEADLINES**

**(FIRST REQUEST)**

Plaintiff Ronald Stallone and Defendants Farmers Group, Inc., Farmers Insurance

Exchange, and 21st Century Insurance Company (together, the "Parties"), by and through their

respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to

Extend Case Deadlines, which seeks an extension of the case deadlines by approximately 180

days.  Good cause exists for this extension because despite good-faith and reasonable diligence,

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

the Parties require additional time to complete discovery in this putative nationwide class action. This is the first request for extension of the case deadlines in this matter.

## EFFORTS TO COMPLETE DISCOVERY

This is a putative nationwide class action arising from a 2021 security incident in which unknown cybercriminals targeted insurance company websites across the industry that offer online automobile insurance quotes.  Since the Court's November 14, 2022 Order Granting Discovery Plan and Scheduling Order, the Parties have diligently engaged in discovery by exchanging written discovery requests (requests for production and interrogatories), negotiating appropriate search terms and custodians, and drafting an ESI Stipulation and Stipulated Protective Order (which the Parties intend to file shortly).  Despite these efforts, due to the complexity of the case and the scope of discovery, the Parties have reasonably concluded that additional time is required to complete discovery and bring dispositive motions.

## GOOD CAUSE EXISTS TO EXTEND THE CASE DEADLINES

Good cause exists to extend case deadlines because, despite the Parties' diligence, additional time is required to finalize written discovery responses, review and produce documents, conduct any necessary third-party discovery, complete depositions, conduct expert discovery, and bring class certification and summary judgment motions.

The Parties hereby stipulate and agree to the following proposed deadlines:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Expert disclosures (initial) | October 6, 2023 | April 5, 2024 |
| Expert disclosures (rebuttal) | November 17, 2023 | May 17, 2024 |
| Discovery cutoff date | December 15, 2023 | June 21, 2024 |
| Deadline for filing motion for class certification | February 9, 2024 | August 9, 2024 |
| Deadline for filing opposition to motion for class certification | Not set. | September 20, 2024 |

/ / /

/ / /

/ / /

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

LEWIS ROCA

| Deadline for filing dispositive motions | February 9, 2024 | September 20, 2024 |
| Deadline for filing reply in support of motion for class certification | Not set. | October 18, 2024 |
| Pretrial order | March 8, 2024 | November 15, 2024 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

### IT IS SO AGREED AND STIPULATED:

Dated this 30ᵗʰ day of August 2023.

KIND LAW FIRM

By:  */s/ Kate M. Baxter-Kauf*

Michael Kind, SBN 13903
Email:  mk@kindlaw.com
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel:  702.337.2322

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
Gayle M. Blatt (CA #122048)
*(pro hac vice admitted)*
Email: gmb@cglaw.com
110 Laurel Street
San Diego, CA 92101
Tel: 619.238.1811
Fax: 619.544.9232

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Kate M. Baxter-Kauf* (MN #0392037)
*(pro hac vice admitted)*
Email: kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
*(pro hac vice admitted)*
Maureen Kane Berg (MN #033344X)
*(pro hac vice admitted)*
Email:  mkberg@locklaw.com
100 Washington Avenue St., Ste. 2200
Minneapolis,  MN  55401
Tel: 612.339.6900
Fax: 612.339.0981

*Attorney for Plaintiff Stallone and the Class*

LEWIS ROCA ROTHBERGER CHRISTIE LLP

By:  */s/ Jennifer K. Hostetler*

Jennifer K. Hostetler, SBN 11994
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.474.2687

DLA PIPER LLP (US)
Isabelle Ord, (CA #198224)
*(pro hac vice admitted)*
Email:  Isabelle.ord@us.dlapiper.com
Andrew Serwin (CA #179493)
*(pro hac vice admitted)*
Email:  andrw.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA #46839
*(pro hac vice admitted)*
Email:  Jeffrey.degroot@us.dlapiper.com
555 Mission Street
San Francisco, CA  94105-2933
Tel: 415.836.2500
Fax: 415.836.5201

*Attorneys for Defendants*
*Farmers Group Inc., Farmers Insurance Exchange, and 21ˢᵗ Century Insurance Company*

### IT IS ORDERED.

_____

United States ~~District~~ Judge
          Magistrate
DATED:_____   9-14-2023

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

LEWIS ROCA