Isabelle Ord, Cal. Bar No. 198224 (*pro hac vice* admitted)
E-mail:  isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493 (*pro hac vice* admitted)
E-mail: andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839 (*pro hac vice* admitted)
E-mail:  jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:     415.836.2500
Fax:     415.836.5201

Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
LEWIS ROCA
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:     702.474.2624

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE,
and 21st CENTURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and 21st CENTURY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-01659-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES TO FINALIZE SETTLEMENT** |

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

Plaintiff Ronald Stallone ("Plaintiff") and Defendants Farmers Group, Inc., Farmers Insurance Exchange, and 21st Century Insurance Company ("Defendants") (collectively, the "Parties") stipulate and agree as follows and respectfully request the Court enter an order consistent with the following:

1. On September 8, 2021, Plaintiff filed his Complaint (ECF No. 1) against Farmers Group, Inc., Farmers Insurance Exchange, and Truck Insurance Exchange. On January 7, 2022, Plaintiff filed his Amended Complaint, adding 21st Century Insurance Company as a defendant and removing Truck Insurance Exchange (ECF No. 16). On October 26, 2022, Plaintiff filed his Second Amended Complaint (ECF No. 58).

2. On November 14, 2022, the Court issued its Scheduling Order pursuant to Federal Rule 16(b) and Local Rule 16-1 (ECF No. 64). On September 14, 2023, the Court granted the Parties' Stipulation for Extension of Case Deadlines, which set various deadlines regarding expert disclosures, the cutoff for discovery, and dispositive and class certification motions (ECF No. 76).

3. The Parties have reached an agreement resolving this matter and are in the process of drafting a settlement agreement as between Plaintiff Stallone and Defendants.

4. Accordingly, to conserve the Parties' and the Court's resources, to promote judicial economy, and to allow the Parties to finalize the resolution of this matter, the Parties respectfully request that the Court stay all deadlines, including the deadlines set forth in Court's Order granting the Parties' Stipulation for Extension of Case Deadlines (ECF No. 76), for 30 days to allow the Parties to finalize a formal settlement agreement and file a dismissal.

5. Subject to the Court's approval, to the extent the Parties do not finalize a formal settlement agreement within 30 days, the Parties propose they file a status report within 30 days of the date of this order, which will address the status of the Parties' negotiations and potential adjustments to the case schedule, including an amended proposed discovery plan and scheduling order.

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel: 206.839.4800

6. By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Respectfully submitted this 5th day of April, 2024.

| KIND LAW FIRM | LEWIS ROCA ROTHGERBER CHRSTIE LLP |
|---|---|
| By: /s/ Kate M. Baxter-Kauf | /s/ Jennifer K. Hostetler |
| Michael Kind, SBN 13903<br>E-mail: mk@kindlaw.com<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>Tel:  702.337.2322 | Jennifer K. Hostetler, SBN 11994<br>E-mail: jhostetler@lewisroca.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Tel:  702.474.2624 |
| Gayle M. Blatt (CA 122048)<br>(*pro hac vice admitted*)<br>E-mail: gmb@cglaw.com<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: (619) 238-1811 | Isabelle Ord, Cal. Bar No. 198224<br>(*pro hac vice admitted*)<br>E-mail:  isabelle.ord@us.dlapiper.com<br>Andrew Serwin, Cal. Bar No. 179493<br>(*pro hac vice admitted*)<br>E-mail:  andrew.serwin@us.dlapiper.com<br>Jeffrey DeGroot, WSBA No. 46839<br>(*pro hac vice admitted*)<br>E-mail:  jeffrey.degroot@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street<br>San Francisco, California 94105-2933<br>Tel:  415.836.2500 |
| Kate M. Baxter-Kauf* (MN #0392037)<br>(*pro hac vice admitted*)<br>E-mail: kmbaxter-kauf@locklaw.com Karen Hanson Riebel (MN #0219770)<br>(*pro hac vice admitted*)<br>E-mail: khriebel@locklaw.com<br>Maureen Kane Berg (MN #033344X)<br>(*pro hac vice admitted*)<br>E-mail: mkberg@locklaw.com<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Ave. South, Ste 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900 | Attorneys for Defendants<br>FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, AND 21st CENTURY INSURANCE COMPANY |
| Attorneys for Plaintiff Stallone | |
| IT IS SO ORDERED.<br><br>April 6, 2024 | _____<br>U.S. DISTRICT COURT JUDGE |

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800