1  Isabelle Ord, Cal. Bar No. 198224 (*pro hac vice admitted*)
   E-mail: isabelle.ord@us.dlapiper.com
2  Andrew Serwin, Cal. Bar No. 179493 (*pro hac vice admitted*)
   E-mail: andrew.serwin@us.dlapiper.com
3  Jeffrey DeGroot, WSBA No. 46839 (*pro hac vice admitted*)
   E-mail: jeffrey.degroot@us.dlapiper.com
4  DLA PIPER LLP (US)
   555 Mission Street
5  San Francisco, California 94105-2933
   Tel:    415.836.2500
6  Fax:   415.836.5201

7
   Jennifer K. Hostetler, SBN 11994
8  E-mail: jhostetler@lewisroca.com
   LEWIS ROCA
9  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
10 Tel:    702.474.2624

11
   Attorneys for Defendants
12 FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE,
   and 21st CENTURY INSURANCE COMPANY

13

14                    **UNITED STATES DISTRICT COURT**

15                          **DISTRICT OF NEVADA**

16

| | |
|---|---|
| 17 RONALD STALLONE, on behalf of himself and all other persons similarly situated, | Case No. 2:21-cv-01659-GMN-MDC |
| 18                         Plaintiff, | **STIPULATION AND ORDER TO STAY ALL DEADLINES TO FINALIZE SETTLEMENT** |
| 19 | |
| 20         v. | SECOND REQUEST |
| 21 FARMERS GROUP, INC., a Nevada | |
| 22 Corporation; FARMERS INSURANCE EXCHANGE; and 21st CENTURY | |
| 23 INSURANCE COMPANY, | |
| 24                    Defendants. | |
| 25 | |

26

STIPULATION AND ORDER TO
STAY ALL DEADLINES TO
FINALIZE SETTLEMENT

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800

124759827.2

1       Pursuant to the Court's April 6, 2024 order, ECF No. 82, Plaintiff Ronald Stallone

2    ("Plaintiff") and Defendants Farmers Group, Inc., Farmers Insurance Exchange, and 21st Century

3    Insurance Company ("Defendants") (collectively, the "Parties") hereby provide the following

4    joint status report:

5       The Parties have been working cooperatively on a settlement agreement, which they

6    anticipate executing in the coming days. Accordingly, to conserve the Parties' and the Court's

7    resources, to promote judicial economy, and to allow the Parties to finalize the resolution of

8    this matter, the Parties respectfully request that the Court ~~stay~~ *vacate* all deadlines, including the

9    deadlines set forth in Court's Order granting the Parties' Stipulation for Extension of Case

10    Deadlines (ECF No. 76), for 45 days to allow the Parties to (1) finalize a formal settlement

11    agreement, (2) complete the steps set forth in the settlement agreement (e.g.,  exchange W-9s,

12    obtain the necessary signatures, make the settlement payment), and file the notice of dismissal.

13       Subject to the Court's approval, in the unlikely event the Parties do not finalize a

14    formal settlement agreement within 45 days, the Parties propose they file a status report within

15    45 days of the date of this order, which will address the status of the Parties' negotiations and

16    potential / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

STIPULATION AND ORDER TO
STAY ALL DEADLINES TO
FINALIZE SETTLEMENT - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800

124759827.2

1  adjustments to the case schedule, including an amended proposed discovery plan and scheduling

2  order.

3          Respectfully submitted this 6th day of May, 2024.

4  KIND LAW FIRM

5  By:  /s/ Kate M. Baxter-Kauf                    /s/ Jennifer K. Hostetler
       Michael Kind, SBN 13903                    Jennifer K. Hostetler, SBN 11994
6      E-mail: mk@kindlaw.com                      E-mail: jhostetler@lewisroca.com
       **KIND LAW**                                **LEWIS ROCA**
7      8860 S. Maryland Parkway, Suite 106         3993 Howard Hughes Parkway, Suite 600
       Las Vegas, Nevada 89123                     Las Vegas, Nevada 89169-5996
8      Tel:  702.337.2322                          Tel:     702.474.2624

9      Gayle M. Blatt (CA 122048)
       *(pro hac vice admitted)*                   Isabelle Ord, Cal. Bar No. 198224
10     E-mail: gmb@cglaw.com                        *(pro hac vice admitted)*
       **CASEY GERRY SCHENK**                      E-mail:  isabelle.ord@us.dlapiper.com
11     **FRANCAVILLA BLATT &**                     Andrew Serwin, Cal. Bar No. 179493
       **PENFIELD, LLP**                           *(pro hac vice admitted)*
12     110 Laurel Street                           E-mail:  andrew.serwin@us.dlapiper.com
       San Diego, CA 92101                         Jeffrey DeGroot, WSBA No. 46839
13     Tel: (619) 238-1811                         *(pro hac vice admitted)*
       Fax: (619) 544-9232                         E-mail:  jeffrey.degroot@us.dlapiper.com
14                                                 **DLA PIPER LLP (US)**
       Kate M. Baxter-Kauf* (MN #0392037)          555 Mission Street
15     *(pro hac vice admitted)*                   San Francisco, California 94105-2933
       E-mail: kmbaxter-kauf@locklaw.com           Tel:     415.836.2500
16     Karen Hanson Riebel (MN #0219770)           Fax:     415.836.5201
       *(pro hac vice admitted)*                   Attorneys for Defendants
17     E-mail: khriebel@locklaw.com                FARMERS GROUP, INC., FARMERS
       Maureen Kane Berg (MN #033344X)             INSURANCE EXCHANGE, AND 21st
18     *(pro hac vice admitted)*                   CENTURY INSURANCE COMPANY
       E-mail: mkberg@locklaw.com
19     **LOCKRIDGE GRINDAL NAUEN**
       **P.L.L.P.**
20     100 Washington Avenue South
       Suite 2200
21     Minneapolis, MN 55401
       Tel: (612) 339-6900
22     Fax: (612) 339-0981                         IT IS SO ORDERED that all pending
       Attorneys for Plaintiff Stallone            deadlines are vacated but a Joint Status
23                                                 Report is due in 45 days of this Order.

24

25          IT IS SO ORDERED.

26                                                 _____
                                                   U.S. DISTRICT COURT JUDGE

DLA Piper LLP (US)
                                                   701 Fifth Avenue, Suite 6900
                                                   Seattle, WA  98104-7044 | Tel:
                                                   206.839.4800