Isabelle Ord, Cal. Bar No. 198224 (*pro hac vice admitted*)
E-mail: isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493 (*pro hac vice admitted*)
E-mail: andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839 (*pro hac vice admitted*)
E-mail: jeffrey.degroot@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
San Francisco, California 94105-2933
Tel:     415.836.2500
Fax:     415.836.5201

Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:     702.949.8200

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE,
and 21st CENTURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and 21st CENTURY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-01659-GMN-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL DEADLINES TO FINALIZE SETTLEMENT**<br><br>THIRD REQUEST |

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800

1611030450.1

1    Pursuant to the Court's May 8, 2024 order, ECF No. 84, Plaintiff Ronald Stallone

2    ("Plaintiff") and Defendants Farmers Group, Inc., Farmers Insurance Exchange, and 21st Century

3    Insurance Company ("Defendants") (collectively, the "Parties") hereby provide the following joint

4    status report:

5    The Parties have been working cooperatively on a settlement agreement, which they have

6    finalized and is now in the process of being executed in full. The agreement contains provisions

7    for the parties to complete certain steps following the execution of the agreement, including

8    exchanging of W-9s, making of the settlement payment, and filing a notice of dismissal once those

9    steps are completed. Accordingly, to conserve the Parties' and the Court's resources and to allow

10    the Parties to complete their contractual obligations, the Parties respectfully request that the Court

11    maintain the vacated case schedule for 45 days to allow the Parties to complete the steps set forth

12    in the settlement agreement and file the notice of dismissal.

13    Subject to the Court's approval, in the unlikely event the Parties do not file a notice of

14    dismissal within 45 days, the Parties propose they file a status report within 45 days of the date of

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT - 1

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800

1611030450.1

this order to address the status of the Parties' contractual duties.

Respectfully submitted this 24th day of June, 2024.

By: /s/ Gayle M. Blatt

Michael Kind, SBN 13903
E-mail: mk@kindlaw.com
**KIND LAW**
8860 S. Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Tel:  702.337.2322

Gayle M. Blatt (CA 122048)
*(pro hac vice admitted)*
E-mail: gmb@cglaw.com
**CASEY GERRY SCHENK
FRANCAVILLA BLATT &
PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811

Kate M. Baxter-Kauf* (MN #0392037)
*(pro hac vice admitted)*
E-mail: kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
*(pro hac vice admitted)*
E-mail: khriebel@locklaw.com
Maureen Kane Berg (MN #033344X)
*(pro hac vice admitted)*
E-mail: mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

Attorneys for Plaintiff Stallone

/s/ Jennifer K. Hostetler

Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
**LEWIS ROCA**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:   702.474.2624

Isabelle Ord, Cal. Bar No. 198224
*(pro hac vice admitted)*
E-mail: isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493
*(pro hac vice admitted)*
E-mail: andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839
*(pro hac vice admitted)*
E-mail: jeffrey.degroot@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street
San Francisco, California 94105-2933
Tel:   415.836.2500

Attorneys for Defendants
FARMERS GROUP, INC., FARMERS
INSURANCE EXCHANGE, AND 21st
CENTURY INSURANCE COMPANY

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER TO STAY ALL DEADLINES
TO FINALIZE SETTLEMENT - 2

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7044 | Tel:
206.839.4800

1611030450.1