Michael Kind (NV Bar No. 13903)
*Mk@kindlaw.com*
**KIND LAW FIRM**
8860 S. Maryland Pkwy, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322
Fax: (702) 329-5881

Gayle M. Blatt *(pro hac vice)*
*gmb@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiff and the Putative Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD STALLONE, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a Nevada Corporation; FARMERS INSURANCE EXCHANGE; and 21st CENTURY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-01659-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE

1

1  Plaintiff Ronald Stallone ("Plaintiff") and Defendants Farmers Group, Inc., Farmers Insurance Exchange, and 21st Century Insurance Company ("Defendants") (collectively, the "Parties") by and through their counsel of record stipulate as follows:

2  1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties jointly stipulate that Plaintiff's individual claims in this action are hereby **DISMISSED WITH PREJUDICE** and the putative class claims are **DISMISSED WITHOUT PREJUDICE**.

3  2.  Except as the parties may otherwise have agreed, each party will bear his, her, or its own costs and expenses, including attorneys' fees.

Respectfully submitted this 2nd day of August, 2024.

By: */s/ Kate M. Baxter-Kauf*
Michael Kind, SBN 13903
E-mail: mk@kindlaw.com
**KIND LAW**
8860 S. Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Tel:  702.337.2322

Gayle M. Blatt (CA 122048)
*(pro hac vice admitted)*
E-mail: gmb@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232

Kate M. Baxter-Kauf* (MN #0392037)
*(pro hac vice admitted)*
E-mail: kmbaxter-kauf@locklaw.com
Karen Hanson Riebel (MN #0219770)
*(pro hac vice admitted)*

s/ Jennifer K. Hostetler
Jennifer K. Hostetler, SBN 11994
E-mail: jhostetler@lewisroca.com
**LEWIS ROCA**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel:  702.474.2624

Isabelle Ord, Cal. Bar No. 198224
(*pro hac vice admitted*)
E-mail:  isabelle.ord@us.dlapiper.com
Andrew Serwin, Cal. Bar No. 179493
(*pro hac vice admitted*)
E-mail:  andrew.serwin@us.dlapiper.com
Jeffrey DeGroot, WSBA No. 46839
(*pro hac vice admitted*)
E-mail:  jeffrey.degroot@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street
San Francisco, California 94105-2933
Tel:  415.836.2500
Fax:  415.836.5201

Attorneys for Defendants FARMERS

STIPULATION FOR DISMISSAL WITH PREJUDICE                1

E-mail: khriebel@locklaw.com
Maureen Kane Berg (MN #033344X)
*(pro hac vice admitted)*
E-mail: mkberg@locklaw.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

Attorneys for Plaintiff Stallone

GROUP, INC., FARMERS INSURANCE EXCHANGE, AND 21st CENTURY INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____